# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA          )
                                  )
     v.                          )          CAUSE NO.: 2:01-CR-185-TS
                                  )
CHARLES M. LAW                    )

## OPINION and ORDER

Before the Court is a Motion to Withdraw 2255 Claim [DE 546], filed June 6, 2008. The

Defendant seeks to withdraw claims contained in a previously-filed motion that the Court

warned would be characterized as claims for a motion to vacate sentence under 18 U.S.C.

§ 2255. The Court GRANTS the Motion [DE 546].

The Defendant also sent a letter [DE 545] to the Clerk requesting a copy of a search

warrant that he believes was filed in May 2004 in relation to a search of his cell in the Allen

County Jail. There is no reference on this case's docket to a search warrant being issued or

executed on or about May 26, 2004, and therefore a copy of any such search warrant cannot be

provided.

So ORDERED on June 23, 2008.

                                          s/ Theresa L. Springmann
                                         THERESA L. SPRINGMANN
                                         UNITED STATES DISTRICT COURT
                                         FORT WAYNE DIVISION